# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                                  Crim. No. 4:90-CR-52-2H

CALVIN ANGELO COWARD

On September 26, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                          /s/ Jay Kellum  
Robert L. Thornton                                  Jay Kellum  
Supervising U.S. Probation Officer          U.S. Probation Officer  
                                                   200 Williamsburg Pkwy, Unit 2  
                                                   Jacksonville, NC 28546-6762  
                                                   Phone: 910-346-5109  
                                                   Executed On: May 29, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 31st day of May 2018.

Malcolm J. Howard  
Senior U.S. District Judge